

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2021

No. 04-21-00050-CV

**IN THE INTEREST OF A.G., ET AL CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00237
Honorable Richard Garcia, Judge Presiding

## O R D E R

The clerk's record was due by February 22, 2021, but was not filed. On that day, the district clerk filed a notification of late record, requesting an extension until March 2, 2021 to file the record.

After consideration, we **GRANT** the district clerk's request and **ORDER** the district clerk to file the clerk's record **by March 2, 2021**. The district clerk is reminded that strict deadlines exist with regard to the disposal of appeals dealing with the termination of parental rights.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court